UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FOWLER BUICK GMC, Inc., individually and on behalf of all similarly situated persons,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CDK GLOBAL, LLC,<br><br>　　　　　　Defendant. | Hon. Jeffrey I. Cummings<br><br>Case No. 1:24-cv-05643 |

**STIPULATION TO DISMISS**

Plaintiff Fowler Buick GMC, Inc., and Defendant CDK Global, LLC ("CDK") (collectively, the "Parties") hereby stipulate that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed without prejudice as the Parties have agreed to arbitrate Plaintiff's claims pursuant to an enforceable arbitration agreement in the governing master services agreement. Each party shall bear its own attorney's fees and costs.

Dated: October 30, 2024

Respectfully submitted,

*/s/ Devin S. Anderson*
Devin S. Anderson (pro hac vice)
Haley L. Darling (pro hac vice)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-3245
Fax: (202) 389-5200
devin.anderson@kirkland.com
haley.darling@kirkland.com

Martin L. Roth, P.C.
Lead Attorney
IL Bar No. 6296464
**KIRKLAND & ELLIS LLP**

*/s/ John A. Yanchuncis*
John A. Yanchunis
Ronald Podolny*
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
jyanchunis@forthepeople.com
ronald.podolny@forthepeople.com

Robert A. Clifford
Shannon M. McNulty
**CLIFFORD LAW OFFICES, P.C**
120 North LaSalle Street 36th Floor

333 West Wolf Point Plaza
Chicago, Illinois 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
rothm@kirkland.com

*Counsel for Defendant CDK Global, LLC*

Chicago, IL 60602
Telephone: 312-899-9090
rclifford@cliffordlaw.com
smm@cliffordlaw.com

Gerald M. Abdalla, Jr.*
**ABDALLA LAW, PLLC**
602 Steed Road, Suite 200
Ridgeland, MS 39157
Telephone: (601) 278-6055
jerry@abdalla-law.com

Timothy W. Porter*
**PORTER & MALOUF, P.A.**
Post Office Box 12768
Jackson, MS 39236
Telephone: (601) 957-1173
tim@portermalouf.com

*pro hac vice to be filed

*Attorneys for Plaintiff and the Proposed Class*